AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| RONNY JAVIER ALVARES MEDINA | ) |
| | ) |
| | ) |
| *Petitioner* | ) |
| | ) |
| v. | ) |
| | ) |
| ICE \| U.S. Immigration and Customs Enforcement (Philadelphia) | ) |
| | ) |
| *Respondent* | ) |
| *(name of warden or authorized person having custody of petitioner)* | |

Case No. _____243-077-270_____
*(Supplied by Clerk of Court)*

REC'D OCT 2 0 2025

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.   (a) Your full name:   RONNY JAVIER ALVARES MEDINA
    (b) Other names you have used: _____

2.   Place of confinement:
    (a) Name of institution:   MOSHANNON VALLEY ICE PROCESSING CENTER
    (b) Address:   555 GEO Drive, Philipsburg, PA 16866

    (c) Your identification number:   35012732

3.   Are you currently being held on orders by:
    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:
    ICE \| U.S. Immigration and Customs Enforcement (Philadelphia)

4.   Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: _____

        (b) Docket number of criminal case: _____
        (c) Date of sentencing: _____
    ☐ Being held on an immigration charge
    ☑ Other *(explain)*:   I was detained at an annual check-in appointment at the Philadelphia Field Office, located at
    114 North 8th Street, Philadelphia, PA 19107, which I attended voluntarily in compliance with my immigration
    process.

### Decision or Action You Are Challenging

5.   What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
      revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

_____
_____

6.  Provide more information about the decision or action you are challenging:
    (a) Name and location of the agency or court:    Office of the Chief Counsel, Philadelphia, York, 2350 Freedom
    Way Suite 254 York, PA 17402, Elizabeth Immigration Court 625 EVANS STREET ROOM 148A ELIZABETH, NJ
    (b) Docket number, case number, or opinion number:    243-077-270
    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
    Expulsion from the United States.

    _____
    _____

    (d) Date of the decision or action:    10/23/2025

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**
    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☐ Yes          ☑ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

        _____
        _____
        _____
        _____
        _____

    (b) If you answered "No," explain why you did not appeal:    Not being aware of the existence of the resource,
    the deadline for submitting it, or the procedures necessary to do so.
    Fear of reprisals, deportation, or losing hope in the legal system.

8.  **Second appeal**
    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☐ Yes          ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

.       (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

_____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a second appeal: _____

I am in ICE custody at the MOSHANNON VALLEY ICE PROCESSING CENTER, which limits my ability as an
immigrant to manage my legal process.

9.      **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes            ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

_____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a third appeal: _____

I am in ICE custody at the MOSHANNON VALLEY ICE PROCESSING CENTER, which limits my ability as an
immigrant to manage my legal process.

10.     **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes            ☑ No

If "Yes," answer the following:

    (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ❒ Yes                    ❒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

.

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
       seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
       sentence?
       ❏ Yes                    ☑ No
       If "Yes," provide:
       (1) Name of court: _____
       (2) Case number: _____
       (3) Date of filing: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

       _____
       _____
       _____
       _____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
       conviction or sentence: _____

       _____
       _____
       _____
       _____
       _____

11.    **Appeals of immigration proceedings**
       Does this case concern immigration proceedings?
       ☑ Yes                    ❏ No
            If "Yes," provide:
(a)    Date you were taken into immigration custody:  09/16/2025
(b)    Date of the removal or reinstatement order:  10/23/2025
(c)    Did you file an appeal with the Board of Immigration Appeals?
       ❏ Yes                    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

 

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes             ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes             ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:    Request.

(b) Name of the authority, agency, or court:    The Honorable Dwight Evans

Member of the United States House of Representatives.

(c) Date of filing:    09/22/2025

(d) Docket number, case number, or opinion number: _____

(e) Result:    They contacted the ICE liaison to initiate the congressional investigation on my behalf.

(f) Date of result:    10/01/2025

(g) Issues raised:    The commitment to ensure that I receive fair and timely treatment in accordance with the Law.

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of the Right to Due Process (Fourth and Fifth Amendments).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Fact: I was detained during a routine traffic stop without having committed any crime or offense. The detention was carried out without a warrant, without evidence of probable cause, and without a prior hearing.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes        ☑ No

**GROUND TWO:** Arbitrary Detention Without Just Cause.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The only reason for my detention was a routine check-in, during which I committed no offense or crime. The detention continues without a resolution from the Immigration Court or a legal decision justifying your continued detention.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☑ No

**GROUND THREE:** Violation of the Right Against Self-Incrimination and the Right Not to Be Detained Without Cause.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Fact: I was detained without evidence of a violation or crime, as at the time of my detention, I was an asylum seeker with the United States Citizenship and Immigration Services (USCIS), and without being clearly informed of the specific reasons for my detention.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**    Violation of the Right to Justice and a Hearing (Immigration Procedural Rights).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Fact: Detention is being maintained and prolonged without a prior hearing, which has been postponed twice, without judicial review within a reasonable time frame, given that the next hearing is scheduled for October 23, 2025, at 8:30 a.m. I have been assigned different judges on multiple occasions with different dates.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                 ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:    Lack of knowledge or information, Lack of resources or legal support, the lack of competent legal assistance or financial resources prevented or limited me from filing an appeal. In the detention center, some guards report or consider that acting in my defense in my case is unlikely to succeed or may harm my situation.

## Request for Relief

15.  State exactly what you want the court to do:  I, RONNY JAVIER ALVARES MEDINA, identified with foreigner and case number 243-077-270, hereby request, through this letter, that this Honorable Court order my immediate release on bail, under federal law and immigration laws, as I am being detained illegally and without justifiable grounds by Immigration and Customs Enforcement (ICE).

AO 242.(Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
October 20, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  10/20/2025

RONNY JAVIER ALVARES MEDINA
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*



Official Website of the Department of Homeland Security

Report

Main Menu

<VOLVER A RESULTADOS

# Página del Centro

## Detention Information For:

**RONNY JAVIER ALVARES-MEDINA**
**Pais de Nacimiento:** Venezuela
**Número A:** 243077270

## Centro de Detención Actual:

MOSHANNON VALLEY ICE PROCESSING CENTER

555 GEO DRIVE

NA

Philipsburg, PA 16866

**Información para Visitantes** (717) 767-2300

MÁS INFORMACIÓN>

VOLVER A LA BÚSQUEDA>

Información
Relacionada

Privacidad • Condiciones

## Información Útil

Estatus de un Caso

Acerca del Localizador de Detenidos

Folleto

Oficinas de Campo de ICE ERO

Centros de Detención del ICE

Aviso de Privacidad

## Enlaces Externos

Localizador de Reclusos de la Oficina de Prisiones



DHS.gov USA.gov OIG OpenFOIA Metrics No Gov Site Fear Act Site Map Policies & Plug-Ins



An official website of the United States government
Here's how you know

EOIR  Automated Case Information

---

**Court Closures Today**  October 20, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > **ALVARES-MEDINA, RONNY JAVIER (243-077-270)**



# Automated Case Information

## Name: ALVARES–MEDINA, RONNY JAVIER | A–Number: 243–077–270 | Docket Date: 9/17/2025

 **Next Hearing Information**

Your upcoming **MASTER** hearing is on **October 23, 2025** at **8:30 AM**.

### JUDGE

Neal, Michael M.

### COURT ADDRESS

625 EVANS STREET ROOM 148A

ELIZABETH, NJ 07201

 ## Court Decision and Motion Information



*This case is pending.*

 ## BIA Case Information

No appeal was received for this case.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
625 EVANS STREET ROOM 148A
ELIZABETH, NJ 07201

**PHONE NUMBER**
(908) 787-1355

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees
EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov
Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review
5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041

 **EOIR**  Automated Case Information

# Application for Asylum and for Withholding of Removal

### Department of Homeland Security
U.S. Citizenship and Immigration Services



**USCIS**
**Form I-589**
OMB No. 1615-0067
Expires 09/30/2027

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application.

**NOTE:** [X] Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)*<br>243077270 | 2. U.S. Social Security Number *(if any)*<br>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 | 3. USCIS Online Account Number *(if any)*<br>020079969483 |
|---|---|---|

| 4. Complete Last Name<br>ALVARES MEDINA | 5. First Name<br>RONNY | 6. Middle Name<br>JAVIER |
|---|---|---|

**7. What other names have you used** *(include maiden name and aliases)?*

**8. Residence in the U.S.** *(where you physically reside)*

| Street Number and Name<br>523 Rising Sun Ave | | | Apt. Number |
|---|---|---|---|
| City<br>Philadelphia | State<br>Pennsylvania | Zip Code<br>19140 | Telephone Number<br>( 267 ) 5972640 |

**(NOTE:** *You must be residing in the United States to submit this form.)*

**9. Mailing Address in the U.S.** *(if different than the address in Item Number 8)*

| In Care Of *(if applicable):* | Telephone Number<br>( ) |
|---|---|
| Street Number and Name | Apt. Number |

| City | State | Zip Code |
|---|---|---|

| 10. Sex  [X] Male  [ ] Female | 11. Marital Status:  [X] Single  [ ] Married  [ ] Divorced  [ ] Widowed |
|---|---|

| 12. Date of Birth *(mm/dd/yyyy)*<br>08/04/1982 | 13. City and Country of Birth<br>Guanare, Portuguese State, Bolivarian Republic of Venezuela |
|---|---|

| 14. Present Nationality *(Citizenship)*<br>Venezuelan | 15. Nationality at Birth<br>Venezuelan | 16. Race, Ethnic, or Tribal Group<br>Hispanic Latino | 17. Religion<br>Christian |
|---|---|---|---|

**18.** *Check the box, a through c, that applies:*  **a.** [ ] I have never been in Immigration Court proceedings.

   **b.** [X] I am now in Immigration Court proceedings.  **c.** [ ] I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*

   **a.** When did you last leave your country? *(mm/dd/yyyy)* 01/02/2020  **b.** What is your current I-94 Number, if any?

   **c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.*
   *(Attach additional sheets as needed.)*

| Date 09/03/2022 | Place EAGLE PASS TEXAS | Status PAROLED | Date Status Expires 09/18/2023 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 20. What country issued your last passport or travel document?<br>Republic of Venezuela | 21. Passport Number<br>Travel Document Number 17277699 | 22. Expiration Date *(mm/dd/yyyy)*<br>07/28/2024 |
|---|---|---|

| 23. What is your native language *(include dialect, if applicable)?*<br>My native language is Spanish. | 24. Are you fluent in English?<br>[ ] Yes  [X] No | 25. What other languages do you speak fluently?<br>I only speak Spanish. |
|---|---|---|

## Part A.II. Information About Your Spouse and Children

| For EOIR use only. | For USCIS use only. | Action:<br>Interview Date: _____<br>Asylum Officer ID No.: _____ | Decision:<br>Approval Date: _____<br>Denial Date: _____<br>Referral Date: _____ |
|---|---|---|---|

**Your spouse**  [X]  I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)*<br>243077259 | 2. Passport/ID Card Number *(if any)*<br>116384005 | 3. Date of Birth *(mm/dd/yyyy)*<br>03/09/1985 | 4. U.S. Social Security Number *(if any)*<br>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 |
|---|---|---|---|
| 5. Complete Last Name<br>ESCOBAR ALVAREZ | 6. First Name<br>NANCIZ | 7. Middle Name<br>DESSIRES | 8. Other names used *(include maiden name and aliases)* |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth<br>Ospino, Portuguese State, Venezuela |
|---|---|---|

| 12. Nationality *(Citizenship)*<br>Venezuelan | 13. Race, Ethnic, or Tribal Group<br>Hispanic Latino | 14. Sex<br>[ ] Male  [X] Female |
|---|---|---|

**15.** Is this person in the U.S.?
 [X] Yes *(Complete Blocks 16 to 24.)*  [ ] No *(Specify location):*

| 16. Place of last entry into the U.S.<br>EAGLE PASS TEXAS | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>09/03/2022 | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)*<br>PAROLED |
|---|---|---|---|
| 20. What is your spouse's current status?<br>Asylum Seeker | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>03/03/2029 | 22. Is your spouse in Immigration Court proceedings?<br>[ ] Yes  [X] No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
 [X] Yes
 [ ] No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

 [ ] I do not have any children. *(Skip to Part A.III., Information about your background.)*
 [X] I have children.  Total number of children: 2

**(NOTE:** Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) *(if any)*<br>243077269 | 2. Passport/ID Card Number *(if any)*<br>133662205 | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>Single | 4. U.S. Social Security Number *(if any)*<br>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 |
|---|---|---|---|
| 5. Complete Last Name<br>ALVARES ESCOBAR | 6. First Name<br>BRYAN | 7. Middle Name<br>DAVID | 8. Date of Birth *(mm/dd/yyyy)*<br>06/24/2016 |
| 9. City and Country of Birth<br>Barinas, Venezuela | 10. Nationality *(Citizenship)*<br>Venezuelan | 11. Race, Ethnic, or Tribal Group<br>Hispanic/Latino | 12. Sex<br>[X] Male  [ ] Female |

**13.** Is this child in the U.S. ?  [X] Yes *(Complete Blocks 14 to 21.)*  [ ] No *(Specify location):* _____

| 14. Place of last entry into the U.S.<br>EAGLE-PASS/TEXAS | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>09/03/2022 | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)*<br>PAROLED |
|---|---|---|---|
| 18. What is your child's current status?<br>Asylum Seeker | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>03/03/2029 | 20. Is your child in Immigration Court proceedings?<br>[ ] Yes  [X] No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
 [X] Yes
 [ ] No

## Part A.II. Information About Your Spouse and Children (continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 243077271 | 156382351 | Single | 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 |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ALVARES ESCOBAR | DEIVYS | ISAAC | 08/26/2006 |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Sex |
|---|---|---|---|
| Barinas, Venezuela | Venezuelan | Hispanic/Latino | [X] Male  [ ] Female |

**13. Is this child in the U.S.?** [X] Yes (Complete Blocks 14 to 21.)  [ ] No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| EAGLE PASS TEXAS | 09/03/2022 | | PAROLED |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| Asylum Seeker | 03/03/2029 | [ ] Yes  [X] No |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)
[X] Yes
[ ] No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Sex |
|---|---|---|---|
| | | | [ ] Male  [ ] Female |

**13. Is this child in the U.S.?** [ ] Yes (Complete Blocks 14 to 21.)  [ ] No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | [ ] Yes  [ ] No |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)
[ ] Yes
[ ] No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Sex |
|---|---|---|---|
| | | | [ ] Male  [ ] Female |

**13. Is this child in the U.S.?** [ ] Yes (Complete Blocks 14 to 21.)  [ ] No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | [ ] Yes  [ ] No |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)
[ ] Yes
[ ] No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Saint Librada | Bogota | Cundinamarca | Colombia | 02/2020 | 07/2022 |
| El Pilar 5th Street | Sabaneta | Barinas | Venezuela | 02/2008 | 02/2020 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 523 Rising Sun Ave | Philadelphia | Pennsylvania | EE. UU. | 10/2022 | 08/2023 |
| Saint Librada | Bogota | Cundinamarca | Colombia | 02/2020 | 07/2022 |
| El Pilar 5th Street | Sabaneta | Barinas | Venezuela | 02/2008 | 02/2020 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| U.E.N "FRANCISCO SALDIVIA LAN | High school | Urdaneta,Aragua,Venezuela | 07/1993 | 07/1999 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Bob & Sue Calle 67 #6-32 Bogota, Colombia | Kitchen Assistant | 02/2020 | 07/2022 |
| El Samanito Aragua Venezuela | Pharmacy Salesperson | 07/2005 | 02/2020 |
|  |  |  |  |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Jazmin Medina | Sabaneta, Barinas, Venezuela | ☐ Deceased Sabaneta, Venezuela |
| *Father* Carlos Alvares | El Samanito, Aragua, Venezuela | ☐ Deceased El Sabanito, Venezuela |
| *Sibling* Carlos Alvares | Acarigua, Portuguesa, Venezuela | ☐ Deceased Caracas, Venezuela |
| *Sibling* Yasnory Alvares | Acarigua, Portuguesa, Venezuela | ☐ Deceased Caracas, Venezuela |
| *Sibling* |  | ☐ Deceased |
| *Sibling* |  | ☐ Deceased |

## Part B. Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | | |
|---|---|---|
| ☐ Race | ☒ Political opinion | |
| ☐ Religion | ☒ Membership in a particular social group | |
| ☐ Nationality | ☒ Torture Convention | |

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No    ☒ Yes

If "Yes," explain in detail:
1.  What happened;
2.  When the harm or mistreatment or threats occurred;
3.  Who caused the harm or mistreatment or threats; and
4.  Why you believe the harm or mistreatment or threats occurred.

```
During the second half of 2019, we suffered abandonment, persecution, mistreatment, and threats
from Venezuelan state security forces in Barinas, who, due to political opinions or activities
contrary to those of the government, provoked persecution and discrimination against our family
for speaking out against Argenis Chávez, one of President Hugo Chávez's brothers, in the
northwestern state of Barinas, considered a bastion of Chavismo. Faced with a lack of
opportunities due to persecution and for our safety, we decided to emigrate.
```

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No    ☒ Yes

If "Yes," explain in detail:
1.  What harm or mistreatment you fear;
2.  Who you believe would harm or mistreat you; and
3.  Why you believe you would or could be harmed or mistreated.

```
I am concerned about the risks and potential harm I may face due to the specific situation
currently unfolding in Venezuela, stemming from the country's political and social context.
These include political persecution, arbitrary detention, violation of my rights, social
violence and crime, economic and humanitarian crisis, stigmatization and discrimination by
officials and security agencies serving the Venezuelan government, as they would consider that
having an opinion contrary to government policies could be viewed as being a US informant.
```

## Part B. Information About Your Application (continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No    ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No    ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

```
I was a member of the Voluntad Popular political party, a center-left Venezuelan political
party led by Leopoldo López, where I served as a supporter and activist within the
organization's ranks.
```

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☒ No    ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No    ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

```
I fear torture if I return to my country because of my political opinions, and I am concerned
that, upon my return, I may suffer inhuman, cruel, or degrading treatment because of my
political ideas, activities, or expressions, which differ from those of the regime or the
government in power. I could suffer police or military persecution, be arrested and tortured in
detention centers, and suffer human rights violations by the state or armed actors serving the
Venezuelan government regime.
```

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   [ ] No      [X] Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

   ```
   My children: (1) DEIVYS ISAAC ALVARES ESCOBAR, identified in the United States with alien
   number 243-077-271 and social security number 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; and (2) BRYAN DAVID ALVARES ESCOBAR,
   identified in the United States with alien number 243-077-269 and social security number
   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, both born in Barinas, a city in western Venezuela and capital of the state of the
   same name, in the Bolivarian Republic of Venezuela. They are my children from my relationship
   with NANCIZ DESSIRES ESCOBAR ALVAREZ, identified in the United States with alien number
   243-077-259 and social security number 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.
   ```

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   [ ] No      [X] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   [X] No      [ ] Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   ```
   We were in Colombia, residing for two years and six months, saving money and energy to
   undertake our journey through the Darién region from Colombia to Panama, Costa Rica, Nicaragua,
   Guatemala, and Mexico, where we have never requested aid or humanitarian assistance. We never
   ask for refuge or asylum in any country. We were very insecure and mistrustful because those
   who offered help were for other purposes, such as kidnapping migrants to sell them to criminal
   gangs and then asking family or friends for ransom. We traveled country by country for two
   months until we reached the border of Eagle Pass, Texas, adjacent to the Mexican city of
   Piedras Negras in Coahuila.
   ```

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   [X] No      [ ] Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

[X] No    [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

[ ] No    [X] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form." Part C.

> I am submitting this application at this time, as I have an appointment at the Immigration and
> Customs Enforcement (ICE) office in Philadelphia. I was detained after attending a routine
> appointment and check-in, where I informed the officers that I was an asylum seeker. I was
> arrested and subsequently assigned a hearing before the Immigration Court located in Elizabeth,
> New Jersey, on September 30, 2025, at 9:00 AM.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

[X] No    [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I certify that I am physically present in the United States or seeking admission at a Port of Entry when I execute this application. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

*WARNING:* **Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| RONNY JAVIER ALVARES MEDINA | RONNY JAVIER ALVARES MEDINA |

Did your spouse, parent, or child(ren) assist you in completing this application? ☐ No  ☒ Yes *(If "Yes," list the name and relationship.)*

| NANCIZ D. ESCOBAR | Spouse | | |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application? ☒ No  ☐ Yes (If "Yes,"complete Part E.)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☐ No  ☒ Yes

➡ Signature of Applicant *(The person in Part A.I.)*
[                                              ]
Sign your name so it all appears within the brackets

Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer | | |
|---|---|---|---|
| Daytime Telephone Number<br>(    ) | Address of Preparer: Street Number and Name | | |
| Apt. Number | City | State | Zip Code |

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security. U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge



# Application for Asylum and for
# Withholding of Removal Supplement A

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-589**
OMB No. 1615-0069
Expires 09/30/2027

| A-Number *(If available)* | Date |
|---|---|
| 243077270 | 09/24/2025 |
| Applicant's Name | Applicant's Signature |
| RONNY   JAVIER ALVARES MEDINA | |

## List All of Your Children, Regardless of Age or Marital Status
**(NOTE:** *Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Sex ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Sex ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No



## Application for Asylum and for
## Withholding of Removal Supplement B

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-589**
OMB No. 1615-0069
Expires 09/30/2027

### Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| 243077270 | 09/24/2025 |

| Applicant's Name | Applicant's Signature |
|---|---|
| RONNY  JAVIER ALVARES MEDINA | |

**NOTE:** *Use this as a continuation page for any additional information requested.  Copy and complete as needed.*

Part _____

Question _____



